**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re:  Juan Figueroa<br>Frances Zygmunt<br><br>                              Debtors | )<br>)<br>)<br>)<br>)<br>) | Case no. 19-03074<br><br>Chapter 13<br><br>Judge:  Lashonda A. Hunt |

**NOTICE OF MOTION AND CERTIFICATE OF SERVICE**

Juan Figueroa
Frances Zygmunt
1609 Amaryllis Dr
Romeoville, IL  60446

John C Dent
1000 S Hamilton #D
Lockport, IL 60441

Please take notice that on Friday, April 2, 2021 at 10:00 am, a representative of this office shall appear before the Honorable Judge Lashonda A. Hunt, or any judge sitting in that judge's place, and present the Trustee's a copy of which is attached.

**This motion will be presented and heard telephonically using AT&T Teleconference**.  No personal appearance in court is necessary or permitted.  To appear and be heard telephonically on the motion, you must call in to the hearing using the following information - **Toll Free Number: 1-888-557-8511; Access Code: 7490911.**

**If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion without a hearing.

I certify that this office caused a copy of this notice to be delivered to the above listed debtors by depositing it in the U.S. Mail at 801 Warrenville Road, Lisle, IL and to the debtor's attorney electronically via the Court's CM/ECF system on Thursday, March 4, 2021.

Glenn Stearns, Chapter 13 Trustee
801 Warrenville Road, Suite 650
Lisle, IL  60532-4350
Ph:  (630) 981-3888

/s/ Carrie ODonnell
For:  Glenn Stearns, Trustee

# IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In re: Juan Figueroa )  Case no. 19-03074
Frances Zygmunt )
) Chapter 13
Debtors )  Judge: Lashonda A. Hunt
)

## MOTION TO DISMISS FOR FAILURE TO MAKE PLAN PAYMENTS

Now comes Glenn Stearns, Chapter 13 Trustee, and requests dismissal of the above case pursuant to Section 1307(c)(6), and in support thereof, states the following:

1. The debtors filed a petition under the Bankruptcy Code on February 06, 2019.
2. The debtor's plan was confirmed on May 03, 2019.

A Summary of the debtor's plan follows:

| | | | |
|---|---|---|---|
| Monthly Payment: | $1,000.00 | Last Payment Received: | February 16, 2021 |
| Amount Paid: | $7,200.00 | Amount Delinquent: | $2,800.00 |

WHEREFORE, the Trustee prays that this case be dismissed for material default by the debtors with respect to the term of a confirmed plan, pursuant to Section 1307(c)(6).

Respectfully Submitted;

Glenn Stearns, Chapter 13 Trustee
801 Warrenville Road, Suite 650
Lisle, IL  60532-4350
Ph: (630) 981-3888

/s/  Gerald Mylander
For:  Glenn Stearns, Trustee